UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JOSEPH BELL,

                Plaintiff,

                                              <u>DECISION AND ORDER</u>

                                              04-CV-6511L

        v.

OFFICER BRZEZNIAK,
OFFICER BARRETT,

                Defendants.
_____

        By *pro se* motion, plaintiff, Joseph Bell, moves for a preliminary injunction transferring him to another correctional facility. Defendants oppose the motion (Dkt. #12). Plaintiff's motion and request for a preliminary injunction is denied. Plaintiff has failed to show either irreparable harm or a likelihood of success on the merits of his claim. Plaintiff alleges that certain acts occurred in December 2004. Those matters are contested and disputed by defendants. Plaintiff has failed to carry his burden for granting the extraordinary remedy of a preliminary injunction.

CONCLUSION

        Plaintiff's motion for a preliminary injunction and a transfer to another facility (Dkt. #6) is in all respects denied.

        IT IS SO ORDERED.

                                              _____
                                                  DAVID G. LARIMER
                                              United States District Judge

Dated: Rochester, New York
       July 18, 2005.